# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

STATE OF DELAWARE,      )
                                   )
   v.                       )   I.D. No. 1509003025
                                   )
SHAWN D. DANIELS,      )
                                   )
   Defendant.        )

Date submitted: June 12, 2025
Date decided: July 9, 2025

## ORDER DENYING RULE 35(A) MOTION

1.     The Court issued a May 19, 2025 Order, detailing the procedural history of Shawn Daniels' guilty plea, sentencing, and prior Rule 35(a) motions.[1]  In that Order, the Court denied Daniels' motion, which argued his sentence was illegal under the United States Supreme Court's decision in *Erlinger v. United States*.[2]  The Court explained that it did not need to address Daniels' argument under *Erlinger* because Daniels agreed in the Plea Agreement that he was eligible to be sentenced as a Habitual Offender.  Having admitted he was subject to Habitual Offender sentencing, the Court ruled that Daniels could not claim his rights were violated by an enhanced sentencing under the statute.

---

[1] D.I. 102.
[2] 602 U.S. 821 (2024).

2. On June 12, 2025, Daniels filed another Motion for Correction of an Illegal Sentence.[3] In this motion, Daniels makes the same arguments that were rejected in the May 19, 2025 Order. For the reasons stated in the May 19, 2025 Order, the June 12, 2025 motion is *DENIED*.

**IT IS SO ORDERED**.

*/s/Kathleen M. Miller*
Kathleen M. Miller, Judge

Original to Prothonotary
cc: Shawn D. Daniels (SBI#00355256)
    Brian Arban, Esq.
    Matthew Bloom, Esq.

---

[3] D.I. 103.